No. 4. United States *v.* Harvey C. Shauver. Error
to the District Court of the United States for the Eastern

District of Arkansas.. January 7, 1919. Dismissed, on motion of *The Solicitor General* for the United States. *Mr. E. L. Westbrooke* for defendant in error.